IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DONALD LOVE | ) | Bankruptcy Case No. |
| | ) | 05-23129 |
| Debtor. | ) | |
| | ) | |
| T.K., a minor, | ) | |
| by D.M., as next friend, | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary No. 06-02019 |
| | ) | |
| DONALD LOVE | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is hereby

ORDERED that Plaintiff's Motion for Summary Judgment is granted. It is further

ORDERED that any damages obtained by Plaintiff against Debtor, for his sexual molestation of her on December 14, 2001, are nondischargeable pursuant to 11 U.S.C. § 523(a)(6).

SO ORDERED this 10th day of August, 2006.

/s/ Dennis R. Dow
THE HONORABLE DENNIS R. DOW
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Noel Magee
John C. Reed